# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

FILED

OCT 2 2 2010

WILLIAM B. GUTHRIE
Clerk, U.S. District Court
By_____
Deputy Clerk

LANCE MAJOR MUNDELL,      )
                               )
         Plaintiff,      )
                               )
v.                               )      **No. CIV 10-132-RAW-SPS**
                               )
DEBBIE ALDRIDGE, et al.,      )
                               )
         Defendants.      )

## OPINION AND ORDER

Plaintiff Lance Major Mundell has filed a motion to dismiss this action without prejudice, and the defendants have responded with a stipulation to dismissal. Accordingly, plaintiff's motion to dismiss [Docket #31] is GRANTED, and this action is, in all respects, DISMISSED without prejudice, pursuant to Fed. R. Civ. P. 41(a).

**IT IS SO ORDERED** this _22_ day of October 2010.

_Ronald A. White_

**RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**